Magistrate Judge Donohue

_____ FILED _____ ENTERED
_____ LODGED _____ RECEIVED

NOV 02 2009

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                              DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,           )
                                    )   NO. MJ 09-555
              Plaintiff,            )
                                    )
      v.                            )   COMPLAINT for VIOLATION
                                    )
DONALD J. MASON,                    )   18 U.S.C. § 641
                                    )
              Defendant.            )
_____)

BEFORE United States Magistrate Judge James P. Donohue, 700 Stewart Street, Seattle, Washington.

The undersigned complainant being duly sworn states:

## COUNT 1
### (Theft of Public Money)

That beginning on or about October 26, 2009, and continuing through on or about October 29, 2009, in Whatcom County, within the Western District of Washington, DONALD J. MASON, did knowingly embezzle, steal, purloin, and convert to his own uses, money belonging to the Department of the Treasury, a department or agency of the United States, namely, an Internal Revenue Service refund check to which he knew he was not entitled in the amount of approximately $359,926.80.

All in violation of Title 18, United States Code, Section 641.

And the complainant states that this Complaint is based on the following information:

COMPLAINT/MASON — 1

I, MICHAEL C. BALL, being first duly sworn on oath, depose and say:

1.    I have been a special agent with the Criminal Investigation Division of the Internal Revenue Service (hereinafter IRS) from June 1987 through July 2008, and a supervisory special agent (hereinafter SSA) since July 2008. I am currently assigned to the Bellevue, Washington office. My official duties include the investigation of possible criminal violations of the Internal Revenue laws, Title 26, United States Code, and fraudulent claims for refund and money laundering violations, Title 18, United States Code. I have conducted or assisted in the investigation of numerous suspected violations of criminal tax fraud, fraudulent claims for refund, and money laundering violations.

2.    I am submitting this affidavit in support of a criminal complaint against DONALD J. MASON for the Theft of Public Money, Property, or Records, in violation of Title 18, United States Code, Section 641 (and potentially for False, Fictitious or Fraudulent Claims in violation of Title 18, United States Code, Section 287).

3.    I was contacted by Special Agent William Pierce of the United States Secret Service on October 30, 2009, who advised me that DONALD J. MASON had been arrested in Bellingham, Washington, on October 29, 2009, while attempting to withdraw funds from a bank account, into which DONALD J. MASON deposited a fraudulently obtained U.S. Treasury check. Special Agent Pierce provided me with a copy of the U.S. Treasury check that MASON had deposited to his bank account at Bank of America.

4.    An examination of U.S. Treasury check #2309 98861604, in the amount of $359,926.80, payable to DONALD J. MASON, 47 Westmews Crescent, Fort Saskatchewan, Alberta, T8L3W7, Canada, indicated it was issued on October 2, 2009, and was a tax refund for a 2006 tax return.

5.    IRS employee Shauna Henline, a Senior Technical Advisor for the Frivolous Return Program, confirmed that U.S. Treasury check #2309 98861604 had been issued as a result of a fraudulent U.S. Nonresident Alien Income Tax Return for the year 2006 that had recently been filed by DONALD J. MASON. The IRS databases indicate that DONALD J. MASON claimed $359,926.80 in U.S. tax withheld at source, which resulted

COMPLAINT/MASON — 2

UNITED STATES ATTORNEY
700 Stewart Street Suite 5220
Seattle, Washington 98101
(206) 553-7970

in a claim for refund of $359,926.80. Shauna Henline stated that a query of the IRS databases indicate that no withholdings were ever made by, or on behalf of, DONALD J. MASON, and the 2006 U.S. Nonresident Alien Income Tax Return submitted by DONALD J. MASON was fraudulent. The Internal Revenue Service had no other records of any income tax returns submitted by DONALD J. MASON other than the fraudulent 2006 U.S. Nonresident Alien Income Tax Return.

6. A bank investigator from Bank of America advised me that U.S. Treasury check #2309 98861604, payable to DONALD J. MASON was deposited to Bank of America account #43295237 in the name of DONALD J. MASON on October 26, 2009, at a branch in Bellingham, Washington. The account had been opened by DONALD J. MASON with a $100 deposit on October 23, 2009. The identification provided by DONALD J. MASON to open the account indicated that he was a Canadian citizen. Bank of America employees had been suspicious of the transactions in the account and had learned from the IRS that the U.S. Treasury check had been obtained in a fraudulent manner. Bank investigators advised bank tellers to freeze MASON'S bank account and contact the police if he returned to the bank. On October 29, 2009, DONALD J. MASON attempted to withdraw funds from his Bank of America account at the Bank of America branch located in Bellingham, Washington. Bank personnel contacted the Bellingham Police Department and DONALD J. MASON was arrested on state charges and booked into the Whatcom County Jail.

7. Following MASON'S arrest law enforcement served a search warrant on the hotel room where he had been staying. Documents were seized that described a scheme on how to defraud the Government. According to a bank employee, MASON had previously managed to wire two thousand dollars ($2,000.00) from the account (which were funds which had come from the IRS deposit), to a Canadian bank account. MASON was attempting to withdraw twenty thousand dollars ($20,000.00) from the account at the time of his arrest.

COMPLAINT/MASON — 3

8.    On the same day of October 29, 2009, but prior to MASON'S arrest, MASON attempted to call another theft suspect, John Chung, on CHUNG'S cellular phone.  CHUNG had been arrested earlier on the same day for an almost identical incident in Seattle, Washington.

9.    Based upon the foregoing, I submit to the Court that there is probable cause to believe the defendant committed the offense set forth in the Complaint.

_Michael C Ball_
MICHAEL C. BALL, Complainant
Supervisory Special Agent
Internal Revenue Service

Based on the Complaint and Affidavit sworn to before me, and subscribed in my presence, the Court hereby finds that there is probable cause to believe the defendant committed the offense set forth in the Complaint:

Dated this _2nd_ day of November, 2009.

_James P. Donohue_
JAMES P. DONOHUE
United States Magistrate Judge

COMPLAINT/MASON — 4

UNITED STATES ATTORNEY
700 STEWART STREET  SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970